UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Petitioner,

                                      MISC. NO. 13-mc-50528

-vs-

                                      HON. ROBERT CLELAND

CHIQUITA WEBSTER,

        Respondent.
_____/

## ORDER

Petitioner having applied for an order to enforce an Internal Revenue Service Summons relating to the collection of the tax liabilities of respondent, Chiquita Webster, and the petition and order having been personally served upon Chiquita Webster on April 25, 2013, this cause having come on before the undersigned pursuant to the Order to Show Cause issued April 10, 2013, and due deliberation having been had herein; it is hereby

ORDERED that the Petition to Enforce Internal Revenue Service Summons is GRANTED; and it is further

ORDERED that the respondent, Chiquita Webster, appear before Revenue Officer Kristopher Matthews or his designated representative at 10:00 a.m. on June 12, 2013, at 38275 W. Twelve Mile Road, Suite 200, Farmington Hills, Michigan, then and there to be sworn, to give testimony, and to produce for examination and copying the books, records, papers and other data demanded by the summons served upon

Chiquita Webster on August 23, 2012, the examination to continue from day to day until completed.

   s/Robert H. Cleland
ROBERT CLELAND
United States District Judge

Entered:  May 28, 2013