UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Petitioner,

-vs-                              MISC. NO. 13-mc-50528

CHIQUITA WEBSTER,        HON. ROBERT H. CLELAND

    Respondent.
_____/

## ORDER OF DISMISSAL

Petitioner having advised the Court that respondent, Chiquita Webster, has complied with the Internal Revenue Service Summons served upon her on August 23, 2012, by providing the Revenue Officer with the information sought in the summons;

IT IS HEREBY ORDERED that the petition to enforce IRS summons brought against respondent, Chiquita Webster, by the petitioner is hereby dismissed without prejudice and without costs to either party.

                                      S/Robert H. Cleland
                                      ROBERT H. CLELAND
                                      UNITED STATES DISTRICT JUDGE

Dated:  March 13, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, March 13, 2014, by electronic and/or ordinary mail.

                                      S/Lisa Wagner
                                      Case Manager and Deputy Clerk
                                      (313) 234-5522